No. 69759.—The A. C. Gilbert Co. and Gehrig, Hoban & Co., Inc. *v.* United States, protest 62/16896 (New York).

Opinion by OLIVER, J.   In accordance with stipulation of counsel that the merchandise consists of power packs used with HO railroad equipment similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the claim of the plaintiffs was sustained.